UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WARD CHURCHILL, MARTHA TULEE, RYAN YELLOWJOHN, MOLLY COOK,<br><br>Plaintiffs,<br><br>v.<br><br>EASTERN WASHINGTON UNIVERSITY BOARD OF TRUSTEES, in their official capacities, DR. STEPHEN JORDAN, President, Eastern Washington University, in his official capacity,<br><br>Defendants. | NO. CV-05-0098-RHW<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS AND CLOSING FILE** |

Before the Court is the Plaintiff's Motion and Stipulation for Order of Dismissal (Ct. Rec. 7). Accordingly, **IT IS HEREBY ORDERED** that the Plaintiff's Motion and Stipulation for Order of Dismissal (Ct. Rec. 7), pursuant to Federal Rule of Civil Procedure 41(a) is **GRANTED.** This action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and **close the file**.

**DATED** this 6th day of June, 2005.

s/ ROBERT H. WHALEY
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING MOTION TO DISMISS AND CLOSING FILE** * 1